FREDDIE B TATE
CHRISTINE SMITH TATE
5972 FOX CHASE RD
BROOKSVILLE, MS 39739

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

ADVANCE AMERICA
507-4 18TH AVE
COLUMBUS, MS 39705

MARINER FINANCE
ATTN: BANKRUPTCY
8211 TOWN CENTER DRIVE
NOTTINGHAM, MD 21236

BANK FIRST MACON
110 S JEFFERSON
MACON, MS 39341

MERCURY/FBT
ATTN: BANKRUPTCY
PO BOX 84064
COLUMBUS, GA 31908

BANK OF AMERICA
ATTN: BANKRUPTCY
P.O.BOX 15019
WILMINGTON, DE 19886

REGIONAL FIN
ATTN: BANKRUPTCY
979 BATEVILLE RD STE B
GEER, SC 29651

BELMONT FINANCE LLC
ATTN: BANKRUPTCY DEPT
300 PLOVER ROAD
PLOVER, WI 54467

SANTANDER BANK
P.O. BOX 961211
FORT WORTH, TX 76161

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965065
ORLANDO, FL 32896

CARMAX AUTO FINANCE
ATTN: BANKRUPTCY
12800 TUCKAHOE CREEK
RICHMAN, VA 23238

TAMOUSA TATE
1710 ALEXANDER SPRING
APT 19
WAKE FOREST, NC 27587

GOODLEAP LLC.
8781 SIERRA COLLEGE BL
ROSEVILLE, CA 95661

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001