**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13 NO.:**

**FREDDIE B. TATE**
**CHRISTINE SMITH TATE** **26-02855-JAW**

**CERTIFICATE OF SERVICE**

I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the *Order Upon Debtor Directing Payments to the Trustee* [DK #11] entered in the above styled and numbered case to the Employer identified in said Order by First Class United States Mail, postage prepaid.

Dated: October 26, 2026

Respectfully submitted,

/s/ Harold J. Barkley, Jr.

HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM