Certificate Number: 17572-MSS-DE-041628317

Bankruptcy Case Number: 26-02855

17572-MSS-DE-041628317

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 2, 2026, at 9:33 o'clock AM PST, Freddie B Tate completed a course on personal financial management given by telephone by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: November 2, 2026

By: /s/Dorianne Santiago

Name: Dorianne Santiago

Title: Counselor

Certificate Number: 17572-MSS-DE-041628314

Bankruptcy Case Number: 26-02855

17572-MSS-DE-041628314

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 2, 2026, at 9:33 o'clock AM PST, Christine S Tate completed a course on personal financial management given by telephone by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: November 2, 2026

By: /s/Dorianne Santiago

Name: Dorianne Santiago

Title: Counselor